| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>CXE 19-025156<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Kathleen M. Magoon - 040682010<br>Elizabeth L. Wassall - 023211995<br>ATTORNEYS FOR NATIONSTAR MORTGAGE LLC<br>D/B/A MR. COOPER | **Order Filed on June 21, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>JAMES J. LUTHER,<br>　　　　　　　　　　DEBTOR | Case No.: 22-12854-VFP<br><br>Judge: HONORABLE VINCENT F. PAPALIA<br><br>Chapter: 13 |

# CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: June 21, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Honorable Vincent F. Papalia
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge**

      This matter being opened to the Court by Russell L. Low, attorney for the Debtor(s), upon filing of a Chapter 13 Plan, and Nationstar Mortgage LLC d/b/a Mr. Cooper, hereinafter "Secured Creditor," by and through its Authorized Agent, LOGS Legal Group LLP, upon the filing of an Objection to Confirmation of Plan, and the parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1.    Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 1011 Colonial Road, Franklin Lakes, NJ 07417.

2.    At the time of bankruptcy filing, Debtor(s) owed Secured Creditor a pre-petition arrearage of $259,767.68; as evidenced in Secured Creditor's Proof of Claim 16-1 filed on June 15, 2022.

3.    Debtor(s) agrees to incorporate this amount, $259,767.68, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned pre-petition default.

4.    Debtor(s) agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $3,613.18 monthly.

5.    Secured Creditor agrees this Consent Order resolves the Objection(s) to Confirmation of Plan filed on April 20, 2022 at ECF Doc.:16, and on May 27, 2022 at ECF Doc.:26.

6.    This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan and any Order Confirming Chapter 13 Plan as may be entered by the Court.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall                        Date:  6-20-2022
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

/s/ Russell L. Low                               Date:  June 20, 2022
Russell L. Low, Esquire
Attorney for the Debtor